650

petitioner. No appearance for respondents.

No. 431. UNITED STATES EX REL. GAROS v. REIMER, COMMISSIONER OF IMMIGRATION. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *William W. Barron* for respondent.

No. 435. TOBANI ET AL. v. CARL FISCHER, INC. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney Rosenthal* for petitioners. *Mr. Francis Gilbert* for respondent.

No. 438. PHOENIX FINANCE CORP. v. IOWA-WISCONSIN BRIDGE CO. ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker* and *Casper Schenk* for petitioner. *Messrs. Fred A. Ontjes* and *Wm. C. Green* for Iowa-Wisconsin Bridge Co. et al., and *Messrs. Rex H. Fowler* and *C. S. Bradshaw* for First Trust & Savings Bank et al., respondents.

No. 439. STANTON ET AL., EXECUTORS, v. COMMISSIONER OF INTERNAL REVENUE. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *Benjamin M. Price* for petitioners. *Solicitor*

*General Jackson*, Assistant Attorney General *Morris*, and *Mr. J. Louis Monarch* for respondent.

No. 440. CANNON *v.* TINKHAM. December 5, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Robert H. McNeill* and *Claude L. Dawson* for petitioner. *Messrs. Roger J. Whiteford* and *P. H. Marshall* for respondent.

No. 450. JONES *v.* ST. PAUL FIRE & MARINE INS. CO. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Daniel MacDougald* for petitioner. *Mr. Lloyd E. Elliott* for respondent.

No. 433. NEWCOMB *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James E. Fenton* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. Oscar A. Provost* for the United States.

No. 443. MARYLAND CASUALTY CO. *v.* UNITED STATES FOR THE USE OF HARRINGTON, ADMINISTRATOR, ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank Gibbons* for petitioner. *Mr. John S. Powers* for Harrington, and *Mr. Arthur E. Sutherland, Jr.* for Bonsignore et al., respondents.

No. 444. SIMMONS, TRADING AS PARIS IMPORT CO., ET AL. *v.* FARLEY, POSTMASTER GENERAL. December 5, 1938.